HERMAN L. SPANNHAKE, Respondent, v. MAX MEYERSTEIN, Appellant.— Order denying motion to vacate warrant of attachment modified by reducing the amount of property to be held under the attachment to the sum of $10,000, and as so modified unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

MORRIS H. STEINHARDT, Appellant, v. LOUIS A. HIRSCHFIELD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

MORRIS WOLMAN, Appellant, v. DAVID KASSOWITZ and Another, Respondents.— Judgment of the County Court of Kings county dismissing the complaint as against David Kassowitz reversed upon the law and the facts and a new trial ordered, costs to abide the event. On the evidence presented the jury might have found that the plaintiff was employed by the defendant David Kassowitz, and that he was the procuring cause of the sale of said defendant's property. We express no opinion on the facts. We think a question of fact was presented for submission to the jury. The evidence failed to show that the defendant David Kassowitz was authorized to act as agent of the defendant Ida Kassowitz. The judgment as to Ida Kassowitz is, therefore, unanimously affirmed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

EAST NEW YORK ELECTRIC COMPANY, INC., Respondent, v. PETMALAND REALTY CO., INC., and Another, Appellants, Impleaded with SAMUEL SILVER and Others, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Petition of BERNARD WEBEL, JR., to Prove the Last Will and Testament of BERNARD WEBEL, Late of the County of Kings, Deceased.— Motion to resettle order granted and order signed. Present — Kelly, P. J., Jaycox, Kelby and Kapper, JJ.

CATHERINE MELONSON, Respondent, v. GRACE DOLAN, Appellant.— Motion to resettle order granted and order signed. Present — Kelly, P. J., Jaycox, Kelby and Kapper, JJ.